# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. CASTILLO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-01095-JLT-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS FOLLOWING SCREENING<br><br>(Doc. 17) |

　　　　Plaintiff Tracye Benard Washington Thomas seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　The magistrate judge recommended this action proceed only on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendant Castillo-Barajas, in his or her individual capacity, that Defendants Corona and Smith be dismissed, and any remaining claims be dismissed. (Doc. 17.) The magistrate judge advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 2-3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991). To date, no objections have been filed.

　　　　According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued December 5, 2023 (Doc. 17) are **ADOPTED** in full.
2. This action **PROCEEDS** *only* on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendant Castillo-Barajas, in his or her individual capacity.
3. The remaining claims in Plaintiff's complaint are **DISMISSED**.
4. Defendants A. Corona and E. Smith be **DISMISSED** from this action.
5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **January 3, 2024**

UNITED STATES DISTRICT JUDGE