1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    TRACYE BENARD WASHINGTON,            Case No.: 1:23-cv-01095-JLT-SKO (PC)

12                    Plaintiff,           **ORDER REFERRING CASE TO POST-**
                                           **SCREENING ADR AND STAYING CASE**
13           v.                            **FOR 90 DAYS**

14    A. CASTILLO, et al.,
                                           **FORTY-FIVE (45) DAY DEADLINE**
15                    Defendants.

16

17        Plaintiff Tracye Benard Washington is proceeding pro se in this civil rights action

18   pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate

19   indifference to serious medical needs claims against Defendant Castillo.

20        The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute

21   Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively. In

22   appropriate cases, defense counsel from the California Attorney General's Office have agreed to

23   participate in ADR. No claims, defenses, or objections are waived by the parties' participation.

24        The Court stays this action for ninety days to allow the parties to investigate Plaintiff's

25   claims, meet and confer, and participate in an early settlement conference. The Court presumes

26   that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement

27   conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either

28   party finds that a settlement conference would be a waste of resources, the party may opt out of

the early settlement conference.

Accordingly, it is hereby **ORDERED**:

1. This action is STAYED for **ninety (90) days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2. **Within forty-five (45) days** from the date of this order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

3. **Within sixty (60) days** from the date of this order, the assigned Deputy Attorney General SHALL contact the undersigned's Courtroom Deputy Clerk at wkusamura@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to proceed to an early settlement conference.

4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

5. The Clerk of the Court SHALL serve via email copies of Plaintiff's complaint (Doc. 1), the Court's First Screening Order (Doc. 14), the Order Adopting Findings and Recommendations issued January 4, 2024 (Doc. 18), and this Order to Supervising Deputy Attorney General Lawrence Bragg (Lawrence.Bragg@doj.ca.gov), and a copy of this Order to ADR Coordinator Sujean Park.

6. The parties must keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **April 12, 2024**                              */s/ Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

13

EASTERN DISTRICT OF CALIFORNIA

14
15

TRACYE BENARD WASHINGTON,

Case No. 1:23-cv-01095-JLT-SKO

16

Plaintiff,

17

v.

NOTICE REGARDING EARLY
SETTLEMENT CONFERENCE

18

A. CASTILLO, et al.,

19

Defendants.

20
21

1.  The party or counsel agrees that an early settlement conference would be productive and

22

wishes to engage in an early settlement conference.

23

Yes _____          No _____

24
25

2.  Plaintiff (check one):

26

_____ would like to participate in the settlement conference in person.

27

_____ would like to participate in the settlement conference by telephone or video

28

conference.

1    Dated:

2    _____

            Plaintiff or Counsel for Defendant