UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>A. CASTILLO, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-01095-JLT-SKO (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 52) |

On December 16, 2024, counsel for Defendant A. Castillo filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 52.) The stipulation is signed and dated by Plaintiff Tracye Benard Washington and Gabrielle De Santis Nield, counsel for Defendant, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id*.)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:  **December 18, 2024**          /s/ *Sheila K. Oberto*
                            UNITED STATES MAGISTRATE JUDGE