UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>A. CASTILLO, et al.,<br><br>Defendants. | Case No.: 1:23-cv-01095-JLT-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST AS MOOT**<br><br>(Doc. 54) |

### I.  INTRODUCTION

Following a settlement conference before Magistrate Judge Robert M. Illman in the United States District Court for the Northern District of California on November 14, 2024, (Doc. 51 [Minute Order]), the parties submitted a Stipulation for Voluntary Dismissal with Prejudice in this action on December 16, 2024 (Doc. 52). On December 19, 2024, the Court issued its Order terminating the action by operation of law. (Doc. 53.)

On June 17, 2025, Plaintiff filed a document titled "Plaintiff Request for Formal Inquiry into Settlement Awards Status." (Doc. 54.) Plaintiff states that despite the November 2024 settlement, the simultaneous settlement of an action that was pending in the Northern District of California titled *Washington v. Salinas Valley State Prison*, case number 22-CV-05831-BLF (PR), and the passage of more than six months, he has not yet received the settlement funds. (*Id*.) Plaintiff asks this Court to "make a formal inquiry on his behalf." (*Id*.)

## II.    CONCLUSION AND ORDER

To the extent Plaintiff requests an inquiry into the status of any settlement proceeds, his request is not properly before this Court as the settlement proceedings occurred before Judge Illman in the Northern District of California.[1]

Accordingly, Plaintiff's request filed June 17, 2025 (Doc. 54) is **DENIED** as moot. The Clerk of the Court is directed to terminate the motion in this closed case.

IT IS SO ORDERED.

Dated:    **June 18, 2025**                              /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of the docket for the action titled *Washington v. Salinas Valley State Prison*, case number 5:22-cv-05831-BLF, filed in the Northern District of California. That docket reflects the last filing in that action was the Court's Order of Dismissal issued January 7, 2025. *See Harris v. County of Orange*, 682 F.3d 1126, 1131–32 (9th Cir. 2012) (court may take judicial notice of "documents on file in federal or state courts").